UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CLINTON E. BROWN ) | CASE NO. 1:08-cv-1322 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER BOYKO |
| vs. ) | |
| ) | O R D E R |
| BAY AREA CREDIT SERVICES LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CHRISTOPHER A. BOYKO, J.:**

Upon review of the docket, the Court finds service was completed upon Defendant, Bay Area Credit Services LLC, on 8/13/2008, and no answer, other responsive pleading, or motion has been filed.  Plaintiff, Bay Area Credit Services LLC, shall file its Application for Entry of Default by 9/23/2008, or the above-captioned case will be dismissed without prejudice for want of prosecution.

. IT IS SO ORDERED.

Dated: 9/16/2008

 S/Christopher A. Boyko
CHRISTOPHER A.  BOYKO
UNITED STATES DISTRICT JUDGE